PETER L. CARR, IV (SBN 256104)
PCARR@THEPLCLAWGROUP.COM
NA'SHAUN L. NEAL (SBN 284280)
NNEAL@THEPLCLAWGROUP.COM
LAUREN K. MCRAE (SBN 331296)
LMCRAE@THEPLCLAWGROUP.COM
PLC LAW GROUP, APC
3756 SANTA ROSALIA DR., SUITE 326
LOS ANGELES, CA 90008
TELEPHONE: (310) 400-5890
FACSIMILE: (310) 400-5895
ATTORNEYS FOR PLAINTIFF,
**D.T., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, TANKIA TYLER**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.T., a minor by and through his, guardian ad litem, Tanika Tyler,<br><br>Plaintiff,<br>vs.<br><br>San Diego Metropolitan Transit System; City of San Diego, Officer J. Torres; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00901-RBM-KSC<br><br>**DECLARATION OF PETER L. CARR, IV IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES RE: PRE-TRIAL ISSUES** |

## DECLARATION OF PETER L. CARR, IV

I, Peter L. Carr, IV, declare as follows:

1. The following is based upon my personal knowledge and if called upon as a witness, I could and would competently testify thereto. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am the founding attorney at the law firm of PLC LAW GROUP, APC, attorneys for

Plaintiff D.T.

2. During D.T.'s deposition, he testified that he arrived at the trolley station by way of a trolley and was waiting for a group of friends (George, Ash, Checco and David), as they had plans to meet up at the station and go to Memorial Park on the date of the subject incident. A true and correct copy of excerpts from D.T.'s deposition transcript are attached hereto as Exhibit A.

3. Officer Torres testified that he never approached D.T. about selling marijuana and "didn't have any concrete evidence" that D.T. was selling marijuana. Officer Torres testified that he never observed D.T. make any hand-to-hand transactions; he "assumed" D.T. was selling marijuana because he observed D.T. "[t]alking to different groups, approach them and backpack in the front, kids obviously blocking him." A true and correct copy of excerpts from Officer Torres' deposition transcript are attached hereto as Exhibit B.

4. The subject incident was captured on Officer Torres' body worn camera. Attached as Exhibit C is a true and correct copy of Officer Torres' body worn camera which can be downloaded via DropBox at https://www.dropbox.com/sh/3u85xo869regxtq/AADzWpEuzPcs36h-bQG0JSBJa?dl=0

5. The use of force was also captured on Officer Cardinez' body-worn camera. Attached as Exhibit D is a true and correct copy of Officer Cardinez' body worn camera which can be downloaded via DropBox at https://www.dropbox.com/sh/3u85xo869regxtq/AADzWpEuzPcs36h-bQG0JSBJa?dl=0.

Executed this 7th day of April, 2023 in Los Angeles County, State of California.

                                           */s/ Peter L. Carr, IV*
                                           Peter L. Carr, IV

# EXHIBIT A

Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

---

D.T., a minor by and through )
his guardian, Tanika Tyler, )
                            )
            Plaintiff,      )
                            )
vs.                         ) NO.: 19-CV-0901-GPC-KSC
                            )
SAN DIEGO METROPOLITAN      )
TRANSIT SYSTEM; CITY OF SAN )
DIEGO, OFFICER J. TORRES; and )
DOES 1 through 10, inclusive, )
                            )
            Defendants.     )
---

DEPOSITION OF D████████ T████
SAN DIEGO, CALIFORNIA
TUESDAY, NOVEMBER 17, 2020

REPORTED BY LISA A.M. TOOR, C.S.R. NO. 8405



Peterson Reporting
Nationwide Litigation

Corporate Headquarters        800 649 6353 toll free
530 B Street                  619 260 1069 tel
Suite 350                     619 688 1733 fax
San Diego, CA 92101           petersonreporting.com

Reporting
Videography
Video Conferencing
Video/Text Streaming
Trial Presentation
Global Reach
Complex Cases
Accurate, Fast

11/17/2020

```
 1        Were you familiar with any of the other code            11:35
 2   compliance inspectors or transit system security officers
 3   who were at the station that day?
 4        A    I don't know.
 5        Q    Okay.                                              11:36
 6             Let me ask you -- so let's go to the date of the
 7   incident.  This is on October the 11th of 2018.  The
 8   location was at the City College trolley station, correct?
 9        A    Yes.
10        Q    About between 2:00 and 3:00 in the afternoon, give 11:36
11   or take?
12        A    I believe so, yes.
13        Q    And so October the 11th, 2018 was a Thursday; is
14   that correct?
15        A    Yes.                                               11:36
16        Q    Why were you at the City College station?
17        A    Waiting for some friends to get out of school.
18        Q    Okay.
19             What friends were you waiting for to get out of
20   school?                                                      11:37
21        A    I don't remember.
22        Q    Well, give me some names of people you were
23   waiting for.
24        A    Whatever group that would link up.  I know that it
25   consisted of -- like, I hung out with George, Ash, Checco,   11:37
```

75

11/17/2020

```
1    David.                                                           11:37
2       Q    Wait.  Wait.  George what?
3       A    I don't know.
4       Q    Okay.  Next.
5       A    Ash.                                                     11:37
6       Q    Ash.  That's A-s-h?
7       A    Mm-hmm.
8       Q    What's Ash's last name?
9       A    I don't know.
10      Q    Next.                                                    11:37
11      A    David.
12      Q    David.  What's David's last name?
13      A    I don't know.
14      Q    Anybody else?
15      A    I don't know.  Well, that's, like, the main people       11:37
16  that I'd go up there with.  I know -- like, I can just name
17  a lot of people that were there.  I don't feel like it's
18  going to be relevant, though.
19           MR. CARR:  Okay.  So listen, he's going to ask you
20  questions and then you're going to give responses.  And I         11:38
21  will make objections, but relevancy is not going to be one
22  of the questions [sic].  So if you can answer his question,
23  I just want you to answer it.  I don't want you to give
24  anything extra.  I just want you to answer his question and
25  I don't want you to talk back to him.  Okay.  Unless -- if        11:38
```

76

███████  11/17/2020

```
 1   you have a question to ask him, I want you to ask me.  We'll      11:38
 2   go on break and you can ask me.  And then -- I don't want to
 3   you have a -- ask him questions and -- not his deposition.
 4           THE WITNESS:  Okay.
 5   BY MR. BINGHAM:                                                    11:38
 6       Q   Did you ever see George on October the 11th, 2018,
 7   at the City College station?
 8       A   I don't remember.
 9       Q   Did you ever see Ash at the City College station
10   on October the 11th?                                               11:38
11       A   I don't remember.
12       Q   Same question with respect to David.
13       A   I was waiting for them.
14       Q   What were you waiting for them for?
15       A   To go to the park.                                         11:38
16       Q   To go to the park?
17       A   (The witness nods head.)
18       Q   What park?
19       A   Memorial.
20       Q   And what were you going to do at Memorial Park?            11:39
21       A   Hang out.
22       Q   And you just don't recall whether they ever showed
23   up?
24       A   Yeah.
25       Q   Did you have arrangements with them to meet them           11:39
```

77

11/17/2020

| | | | |
|---|---|---|---|
| 1 | | at the City College station or were you just going to | 11:39 |
| 2 | | surprise them? | |
| 3 | A | No, we -- we planned on meeting up. | |
| 4 | Q | But you don't recall if they ever came? | |
| 5 | A | No. | 11:39 |
| 6 | Q | Was there anybody else you planned to meet up with | |
| 7 | | at the City College station on October 11th, 2018? | |
| 8 | A | I don't remember. | |
| 9 | Q | Where were you coming from? | |
| 10 | A | Metro PCS. | 11:39 |
| 11 | Q | And where is Metro PCS? | |
| 12 | A | On the City College trolley station. | |
| 13 | Q | Okay. | |
| 14 | | And where did you come from before you arrived at | |
| 15 | | the City College trolley station? | 11:39 |
| 16 | A | I don't remember. | |
| 17 | | MR. CARR: Vague and ambiguous as to time and | |
| 18 | | scope. | |
| 19 | BY MR. BINGHAM: | | |
| 20 | Q | How did you get to the City College station? | 11:39 |
| 21 | A | The trolley. | |
| 22 | Q | So where did you come from when you rode the | |
| 23 | | trolley from wherever to the City College station? | |
| 24 | A | I don't remember. | |
| 25 | Q | Do you remember what your activities were in that | 11:40 |

I, LISA A.M. TOOR, Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing proceedings were taken by me in machine shorthand and later transcribed into typewriting, under my direction, and that the foregoing contains a true record of the testimony of the witness.

Dated: This 8th day of December, 2020, at Oceanside, California.

LISA A.M. TOOR
C.S.R. NO. 8405

# EXHIBIT B



```
                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA


D.T., a minor, by and through his    )
Guardian Ad Litem, Tanika Tyler,     )    CERTIFIED COPY
                                     )
         Plaintiff,                  )
                                     )
    vs.                              )  Case No.
                                     )  3:19-cv-0091-GPC-KSC
San Diego Metropolitan Transit       )
System; City of San Diego, Javier    )
Torres; and DOES 1 through 10,       )
inclusive,                           )
                                     )
_____)




             DEPOSITION OF JAVIER TORRES

             WEDNESDAY, NOVEMBER 18, 2020

                SAN DIEGO, CALIFORNIA










    Reported by Elana Zucconi, CSR No. 9651, RPR, CRR

                   Job No. 689555
```

```
 1     A    Yes.
 2     Q    How was it that you were familiar with Dae'Quon
 3  Tyler prior to October the 11th, 2018?
 4     A    Loitering as well and also, he would approach
 5  different groups at the time.  And what would catch my
 6  attention is that his backpack would be in the front of
 7  him and he would get blocked by other kids.  I suspected
 8  him of selling marijuana.
 9     Q    Did you ever approach him about selling
10  marijuana?
11     A    No.
12     Q    Why not?
13     A    I didn't have any concrete evidence.
14     Q    Okay.  And on the prior occasions that you had
15  seen him at the City College station, had you contacted
16  him on those occasions and instructed him that he needed
17  to move out of the station?
18     A    Yes.
19     Q    And had you followed your standard protocol of
20  indicating that either you got to board a train or you
21  need to leave the station --
22     A    Yes.
23     Q    -- because you are loitering?
24          And approximately how many times had you seen
25  Dae'Quon Tyler in this -- the station prior to October
```

```
 1   the 11th of 2018?
 2        A    Approximately four times.
 3        Q    Okay.  That day, on October the 11th of 2018, I
 4   think you told us that you had observed him for
 5   approximately 40 minutes before the contact occurred?
 6        A    Yes.
 7        Q    What did you observe him doing that day?
 8        A    Talking to --
 9             MR. CARR:  Asked and answered.
10             THE WITNESS:  Talking to different groups,
11   approaching them and backpack in the front, kids
12   obviously blocking him.  Like, it looked really very
13   obvious.  Hanging out for a long time.  And at times I
14   would lose visual of him because the kids were blocking
15   him, so I don't know what he was doing.  I assumed that
16   he was selling marijuana, but like I said, I didn't have
17   any concrete evidence so I did not enforce it.
18   BY MR. BINGHAM:
19        Q    Ultimately after you took him into custody what
20   did you find in his backpack?
21        A    Marijuana.
22        Q    How much marijuana?
23        A    0.3 grams.
24        Q    And he testified yesterday that he had
25   approximately two joints in his backpack.
```

```
 1    He said he didn't have a card, but he wrote down his
 2    badge number.
 3         A    Yes.
 4         Q    Okay.
 5              MR. BINGHAM:  That's all I have.
 6              MR. CARR:  I have some follow-up, not that
 7    much.
 8
 9                    FURTHER EXAMINATION
10    BY MR. CARR:
11         Q    All right.  You said that -- you just testified
12    that you thought that he had been selling marijuana --
13         A    Yes.
14         Q    -- is that correct?  Did you put that in your
15    incident report?
16         A    No, I didn't.
17         Q    Why not?
18         A    Because I didn't have any concrete evidence of
19    it.  If I would have seen, like, an actual hand-to-hand
20    transaction or something like that, then obviously I
21    would arrest him for the sales.
22         Q    Okay.  On his citation, did you -- did you put
23    that he was in possession of marijuana?
24         A    No.
25         Q    And why not?
```

```
 1            I, ELANA ZUCCONI, a Certified Shorthand
 2   Reporter of the State of California, Registered
 3   Professional Reporter and Certified Realtime Reporter do
 4   hereby certify:
 5            That the foregoing witness was by me duly
 6   sworn; that the deposition was then taken before me at
 7   the time and place herein set forth; that the testimony
 8   and proceedings were reported stenographically by me and
 9   later transcribed under my direction; that the foregoing
10   is a true record of the testimony and proceedings taken
11   at that time.
12            Further, that if the foregoing pertains to the
13   original transcript of a deposition in a federal case,
14   before completion of the proceedings, review of the
15   transcript [X] was [ ] was not requested.
16            I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or any party to this action.
19
20            IN WITNESS WHEREOF, I have subscribed my name
21   on this date:  November 24, 2020
22
23                          _____
24                          ELANA ZUCCONI
                            CSR No. 9651, RPR, CRR
25
```

# EXHIBIT C

Officer Torres' body worn camera which can be downloaded via DropBox at
https://www.dropbox.com/sh/3u85xo869regxtq/AADzWpEuzPcs36h-bQG0JSBJa?dl=0

DECLARATION OF PETER L. CARR, IV IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES
RE: PRE-TRIAL ISSUES

# EXHIBIT D

Officer Cardinez' body worn camera which can be downloaded via DropBox at https://www.dropbox.com/sh/3u85xo869regxtq/AADzWpEuzPcs36h-bQG0JSBJa?dl=0.