1  PETER L. CARR, IV (SBN 256104)
2      PCARR@THEPLCLAWGROUP.COM
   NA'SHAUN L. NEAL (SBN 284280)
3      NNEAL@THEPLCLAWGROUP.COM
4  LAUREN K. MCRAE (SBN 331296)
       LMCRAE@THEPLCLAWGROUP.COM
5  **PLC LAW GROUP, APC**
6  3756 Santa Rosalia Drive, Suite 326
7  Los Angeles, CA 90008
   Telephone:  (310) 400-5890
8  Facsimile:   (310) 400-5895
9  Attorneys for Plaintiffs
   ATTORNEYS FOR PLAINTIFF,
10
   **D.T., A MINOR, BY AND THROUGH HIS**
11 **GUARDIAN AD LITEM, TANKIA TYLER**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.T., a minor, by and through his Guardian Ad Litem, Tanika Tyler,<br><br>        Plaintiff,<br>   vs.<br><br>San Diego Metropolitan Transit System; City of San Diego, Javier Torres; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 3:19-cv-00901-RBM-KSC<br><br>**DECLARATION OF PLAINTIFF D.T. IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES RE: PRE-TRIAL ISSUES** |

I, Plaintiff D.T., declare as follows:

1. The following is based upon my personal knowledge and if called upon as a witness, I could and would competently testify thereto.

2. I was not skateboarding in the City College Trolley Station ("station") on the date of the incident.

3. At the time of my deposition, I was unclear as to what area was considered the "station".

4. After my deposition, I was shown a photograph that outlines the area of the station. I was not skateboarding in the demarcated area. Attached to this declaration as Exhibit A is a true and correct copy of the photograph I reviewed.

Executed this 7th day of April, 2023 in San Diego County, State of California.

D.T.
_____
Plaintiff D.T.

**EXHIBIT A**

Signature: D.T. (Apr 7, 2023 19:45 PDT)
Email:



# Decl of Plt
Final Audit Report                                          2023-04-08

| | |
|---|---|
| Created: | 2023-04-08 |
| By: | Lauren McRae (lmcrae@theplclawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-hntcg4nGCpWjJ0Vqfm4q8hiLvNigYLA |

## "Decl of Plt" History

- Document created by Lauren McRae (lmcrae@theplclawgroup.com)
  2023-04-08 - 2:43:29 AM GMT- IP address: 104.175.201.119

- Document emailed to [redacted] for signature
  2023-04-08 - 2:43:43 AM GMT

- Email viewed by [redacted]
  2023-04-08 - 2:44:02 AM GMT- IP address: 172.56.241.103

- Signer [redacted] entered name at signing as D.T.
  2023-04-08 - 2:45:04 AM GMT- IP address: 172.56.240.201

- Document e-signed by D.T. [redacted]
  Signature Date: 2023-04-08 - 2:45:06 AM GMT - Time Source: server- IP address: 172.56.240.201

- Agreement completed.
  2023-04-08 - 2:45:06 AM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign