IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.T., a minor by and through his Guardian Ad Litem, TANIKA TYLER,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO METROPOLITAN TRANSIT SYSTEM, et al.,<br><br>Defendants. | Case No. 3:19-cv-00901-RBM-KSC<br><br>**VERDICT FORM** |

DATE: April 24, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

We, the jury in the above-entitled action, find the following on the questions submitted to us:

### [EXCESSIVE FORCE]

**Question No. 1:** Did Plaintiff D.T. prove Defendant J. Torres used excessive force against him?

Answer:     YES ____     NO  X

### [UNREASONABLE SEIZURE]

**Question No. 2:** Did Plaintiff D.T. prove Defendant J. Torres lacked probable cause to arrest him?

Answer:     YES ____     NO  X

### [EQUAL PROTECTION]

**Question No. 3:** Did Plaintiff D.T. prove Defendant J. Torres' use of force, arrest, and/or treatment of him was done with the intent or purpose of discriminating against him because he is African-American?

Answer:     YES ____     NO  X

### [FIRST AMENDMENT RETALIATION]

**Question No. 4:** Did Plaintiff D.T. prove Defendant J. Torres grabbed him and/or threatened to tase him in retaliation to Plaintiff's statement "please do not touch me"?

Answer:     YES ____     NO  X

### [BATTERY]

**Question No. 5:** Did Plaintiff D.T. prove Defendant J. Torres committed a battery against him?

Answer:     YES ____     NO  X

[CIVIL RIGHTS—UNRUH CIVIL RIGHTS ACT]

**Question No. 6:** Did Plaintiff D.T. prove Defendant J. Torres denied Plaintiff D.T. full and equal access to the City College Station because Plaintiff D.T. is African-American?

Answer:   YES _____     NO __X__

[CIVIL RIGHTS—BANE ACT]

**Question No. 7:** Did Plaintiff D.T. prove Defendant J. Torres acted violently against him in retaliation for exercising Plaintiff D.T.'s right to protest the treatment against him?

Answer:   YES _____     NO __X__

**Question No. 8:** Did Plaintiff D.T. prove that by threats, intimidation or coercion, Defendant J. Torres caused Plaintiff to reasonably believe that if he exercised his right to protected speech, Defendant J. Torres would commit violence against him?

Answer:   YES _____     NO __X__

*If you answered "Yes" to any of the Questions above, please skip Question 9 and proceed to Question 10.*

[NEGLIGENCE]

**Question No. 9:** Did Plaintiff D.T. prove Defendant J. Torres was negligent?

Answer:   YES _____     NO __X__

///

# [DAMAGES]

If you answered "Yes" to *any* of the Questions above, please answer Question 10. If you answered "No" to *all* of the aforementioned questions, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question No. 10:** What are Plaintiff D.T.'s damages?

    A.    Past Non-Economic Loss    $_____

           (Loss of liberty/physical pain/mental and emotional suffering)

    B.    Future Non-Economic Loss    $_____

           (Mental and emotional suffering)

# [DAMAGES—UNRUH CIVIL RIGHTS ACT]

If you answered "Yes" to Question 6, please answer Question 11. If you answered "No" to Question 6, *please skip* Question 11.

**Question No. 11:** What amount, if any, do you award as a penalty against Defendant J. Torres?

$_____

# [NOMINAL DAMAGES]

If you answered "Yes" to Question 1, 2, 3, or 4, and you found no monetary damages in Question 10, set forth a nominal amount (not to exceed $1.00). If you answered "Yes" to Question 1, 2, 3, or 4 and you awarded damages in Question 10, you do not need to enter an amount below.

$_____

## [COMPARATIVE FAULT]

If you answered "Yes" to Question 9, please answer Question 12. If you answered "No" to Question 9 or did not answer Question 9, *please skip* Question 12 and Question 13.

**Question No. 12:** Did Defendant J. Torres prove that Plaintiff D.T.'s own negligence contributed to his harm?

Answer:    YES ____    NO ____

If you answered "Yes" to Question 12, please answer Question 13. If you answered "No" to Question 12, *please skip* Question 13.

**Question No. 13:** What is the percentage of Plaintiff D.T.'s responsibility?

_____ %

## [PUNITIVE DAMAGES—FEDERAL]

If you answered "Yes" to Question 1, 2, 3, 4, please answer Question 14.

**Question No. 14.** Did Plaintiff D.T. prove Defendant J. Torres acted with malice, oppression, or a reckless disregard for Plaintiff D.T.'s rights?

Answer:    YES ____    NO ____

## [PUNITIVE DAMAGES—STATE]

If you answered "Yes" to Question 5, 6, 7, or 8, please answer Question 15.

**Question No. 15.** Did Plaintiff D.T. prove Defendant J. Torres acted with malice, oppression, fraud, or a reckless disregard for Plaintiff D.T.'s rights?

Answer:    YES ____    NO ____

/ / /

1 | Please have the presiding juror sign and date this form and return it to the
2 | Court Clerk.

4 | Dated: 4-24-23

